Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
KELVIN MOSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      v.<br><br>KELVIN MOSS,<br><br>              Defendant. | No.  2:14-MJ-00205-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA/SENTENCING HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Crystal Fulfer, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Kelvin Moss, that the previously-scheduled change of plea/sentencing hearing date of November 3, 2014, be vacated and the matter set for change of plea/sentencing hearing on December 1, 2014, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review the proposed plea agreement with the defendant, and to review the superseding information.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,

1

1   October 30, 2014, to and including December 1, 2014.

2        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3        IT IS SO STIPULATED.

4   Dated:  October 30, 2014              Respectfully submitted,

5                          /s/ Michael E. Hansen

6                          MICHAEL E. HANSEN
Attorney for Defendant

7                          KELVIN MOSS

8   Dated:  October 30, 2014              BENJAMIN B. WAGNER
United States Attorney

9                          By:  /s/ Michael E. Hansen for

10                        CRYSTAL FULFER
Assistant U.S. Attorney

11                        Attorney for Plaintiff

12

13                      **[~~PROPOSED~~] ORDER**

14        The Court, having received, read, and considered the stipulation of the parties, and good

15   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based

16   on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it

17   is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the

18   time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the

19   failure to grant a continuance in this case would deny defense counsel to this stipulation

20   reasonable time necessary for effective preparation, taking into account the exercise of due

21   diligence.  The Court finds that the ends of justice to be served by granting the requested

22   continuance outweigh the best interests of the public and the defendant in a speedy trial.

23        The Court orders that the time from the date of the parties' stipulation, October 30, 2014,

24   to and including December 1, 2014, shall be excluded from computation of time within which the

25   trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section

26   3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is

27   ////

28   ////

**Stipulation and [Proposed] Order to Continue Change of Plea/Sentencing Hearing**

1   further ordered that the November 3, 2014, change of plea/sentencing hearing shall be continued

2   until December 1, 2014, at 9:00 a.m.

3        **IT IS SO ORDERED**.

4   Dated: October 31, 2014

5                                                    _____
                                                     ALLISON CLAIRE
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and [Proposed] Order to Continue Change of Plea/Sentencing Hearing**