Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
KELVIN MOSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELVIN MOSS,<br><br>Defendant. | No.  2:14-MJ-00205-AC<br><br>**STIPULATION AND [PROPOSED]　ORDER TO CONTINUE CHANGE OF PLEA/SENTENCING HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Crystal Fulfer, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Kelvin Moss, that the previously-scheduled change of plea/sentencing hearing date of December 22, 2014, be vacated and the matter set for change of plea/sentencing hearing on January 5, 2015, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review the proposed plea agreement with the defendant, and to review the superseding information.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,

**Stipulation and [Proposed] Order to Continue Change of Plea/Sentencing Hearing**

December 15, 2014, to and including January 5, 2015.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

| Dated:  December 15, 2014 | Respectfully submitted, |
|---|---|
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>KELVIN MOSS |
| Dated:  December 15, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Michael E. Hansen for<br>CRYSTAL FULFER<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

### [~~PROPOSED~~] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 15, 2014, to and including January 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It

////

////

**Stipulation and [Proposed] Order to Continue Change of Plea/Sentencing Hearing**

1  is further ordered that the December 22, 2014, change of plea/sentencing hearing shall be
2  continued until January 5, 2015, at 9:00 a.m.

3  **IT IS SO ORDERED**.

4  Dated: December 15, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Change of Plea/Sentencing Hearing**